UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THURMAN LOCKHART | CIVIL ACTION |
| VERSUS | NO. 09-6358 |
| ORLEANS PARISH SHERIFF'S DEPARTMENT, ET AL. | SECTION: "F"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the Orleans Parish Criminal Sheriff's Office is **GRANTED** and that the claims against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against "the Medical Department" and the "the Legal Advisory System" are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 3rd day of DEC, 2009

UNITED STATES DISTRICT JUDGE